# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br> )<br> )<br> )<br>v. )<br> )<br>**MICHAEL DAVID BEAR**, )<br> )<br>Defendant. ) | Case No. 1:06CR00018<br>Case No. 2:05CR00029<br><br>**FINAL ORDER**<br><br>By: James P. Jones<br>United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** as follows:

1. Pursuant to the defendant's motion for reconsideration (DE 86) in Case No. 2:05CR00029, the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (DE 81) is REINSTATED to the active docket of the court;

2. Upon consideration of the defendant's new information regarding timeliness, the Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 in both of the above referenced cases (DE 81 in Case No. 2:05CR00029; DE 111 in Case No. 1:06CR00018) are hereby DENIED as untimely filed and stricken from the active docket of the court; and

3. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: July 14, 2010

/s/ JAMES P. JONES
United States District Judge